IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SCOTT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-3282 |
| | : | |
| BRIAN THOMPSON, et al. | : | |

### ORDER

AND NOW, this 12th day of August, 2011, upon careful and independent consideration of Petitioner Robert Scott's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and Scott's objection thereto, it is ORDERED:

1. Thompson's objection to the Report and Recommendation is OVERRULED[1];

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for a writ of habeas corpus is DISMISSED;

4. There is no probable cause to issue a certificate of appealability; and,

5. The Clerk of the Court shall mark this case CLOSED.

---

[1] In her Report and Recommendation (R&R), Judge Hey recommends that Scott's habeas petition be dismissed because Scott is not challenging the constitutionality of his conviction but instead seeks reduction of a judgment entered against him in a civil lawsuit arising from the same conduct as his criminal conviction. Although Scott filed a self-style "objection" to the R&R, he admits he does "not object to the basic content [of the R&R] and conclusion that I am not entitled to habeas corpus review." Instead, Scott contends that he was given misinformation by the Court which led him to wrongly file a habeas petition instead of a civil lawsuit pursuant to 42 U.S.C. § 1983. He asks this Court to grant him permission to file a civil complaint and seeks legal advice on how to draft such a complaint. This Court cannot provide the legal advice Scott requests. The Court notes, however, that generally a person may file a civil lawsuit without leave of the court. Because Scott does not object to the substance of the R&R, and because this Court does not have the power to grant the relief Scott seeks, Scott's objection to the R&R are overruled.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.